United States District Court

Eastern District of California

Timothy Bryan Brooks,

    Petitioner,                        No. Civ. S 03-1860 FCD PAN P

  vs.                                Order

Kathy Prosper, Warden,

    Respondent.

-oOo-

Petitioner, a prisoner confined at High Desert State Prison, seeks a writ of habeas corpus. See 28 U.S.C. § 2254. He seeks an order enjoining alleged retaliation by officers Linner and Sherer at High Desert State Prison and directing his transfer to Folsom State Prison. Petitioner alleges he has been placed in administrative segregation even though he has done nothing wrong and he has only the "bare minimum of clothing and one small blanket" in freezing conditions.

Within 15 days of the date this order is signed, respondent

1  shall explain in writing why plaintiff's request should not be
2  granted.
3     Dated:  January 24, 2006.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge

2