IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY BRYAN BROOKS,

    Petitioner,                    No. CIV S-03-1860 FCD EFB P

    vs.

ROY CASTRO, Warden,

    Respondent.               ORDER

_____/

    Petitioner is a state prisoner seeking a writ of habeas corpus. See 28 U.S.C. § 2254. Petitioner moves to disqualify Magistrate Judge Moulds.

    For administrative reasons, this case has been reassigned to the undersigned.

    Petitioner's motion therefore is moot.

    Petitioner's August 14, 2006, motion to recuse is denied.

So ordered.

Dated: August 29, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

/broo1860.dny recuse